```
                    UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF VIRGINIA
                            Norfolk Division
```

FILED
JAN - 7 2020
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

KIAUN RAHMEIN BRAY, #1014268,

    Petitioner,

v.                                     CIVIL ACTION NO. 2:19cv371

HAROLD W. CLARKE, DIRECTOR,
DEPARTMENT OF CORRECTIONS
OF VIRGINIA,

    Respondent.

## FINAL ORDER

This matter was initiated by petition for a writ of habeas corpus under 28 U.S.C. § 2254. The petition alleges violation of federal rights pertaining to Petitioner's convictions of malicious wounding, two counts of abduction, two counts of robbery, carjacking and use of a firearm in the commission of a felony on March 16, 2001, in the Circuit Court of Norfolk. As a result of the convictions, Petitioner was sentenced to serve four life terms, plus twenty-eight years and seven months in prison. Petitioner's four life terms were suspended, resulting in an active sentence of twenty-eight years and seven months.

The matter was referred to a United States Magistrate Judge for report and recommendation pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia. The Report and Recommendation filed November 19, 2019 recommends

dismissal of the petition as being time-barred. Each party was advised of his right to file written objections to the findings and recommendations made by the Magistrate Judge. On December 6, 2019, the court received Petitioner's Objections to the Report and Recommendation. The Respondent filed no response to the objections and the time for responding has now expired.

The court, having reviewed the record and examined the objections filed by Petitioner to the Report and Recommendation, and having made de novo findings with respect to the portions objected to, does hereby adopt and approve the findings and recommendations set forth in the Report and Recommendation filed November 19, 2019. It is, therefore, ORDERED that Respondent's Motion to Dismiss be GRANTED and the Petitioner's petition be DENIED and DISMISSED with prejudice.

Finding that the basis for dismissal of Petitioner's § 2254 petition is not debatable, and alternatively finding that Petitioner has not made a "substantial showing of the denial of a constitutional right," a certificate of appealability is **DENIED**. 28 U.S.C. § 2253(c); see Rules Gov. § 2254 Cases in U.S. Dist. Cts. 11(a); Miller-El v. Cockrell, 537 U.S. 322, 335-38 (2003); Slack v. McDaniel, 529 U.S. 473, 483-85 (2000).

Petitioner is **ADVISED** that because a certificate of appealability is denied by this Court, he may seek a certificate from the United States Court of Appeals for the Fourth Circuit.

2

Fed. Rule App. Proc. 22(b); Rules Gov. § 2254 Cases in U.S. Dist. Cts. 11(a). **If Petitioner intends to seek a certificate of appealability from the Fourth Circuit, he must do so within thirty (30) days from the date of this Order. Petitioner may seek such a certificate by filing a written notice of appeal with the Clerk of the United States District Court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510.**

The Clerk is directed to mail a copy of this Final Order to Petitioner and to provide an electronic copy of the Final Order to counsel of record for Respondent.

/s/
REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE

January 7, 2020